# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ADAM LANE** **PLAINTIFF**
**ADC #155843**

v.        **CASE NO. 2:24-CV-00097-BSM-JJV**

**JOSEPHUS J. KING, JR.,** *et al*.        **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 16] is adopted. Adam Lane is allowed to proceed with his claims against King, Jackson, Richardson, Taylor, Lane, Graham, Watsin, Mitchell, Hammock, Davis, Stroughn, and Payne arising from King's use of force on February 11, 2024. All other claims are dismissed without prejudice as improperly joined. Mills and McFarland are dismissed without prejudice as parties. An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 9th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE