IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ADAM LANE**  **PLAINTIFF**
*#155843*

v.　　　　　CASE NO. 2:24-CV-00097-BSM-JJV

**JOSEPHUS J. KING, JR.,** *et al.*　　　　　**DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 43] is adopted and defendant Leavy Watson is dismissed without prejudice as a party to the suit. An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 15th day of November, 2024.

　　　　　　　　　　　　　　　　　／s／ Brian S. Miller
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE