# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ADAM LANE**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #155843

v.　　　　　　　　　　　**CASE NO. 2:24-CV-00097-BSM**

**JOSEPHUS J. KING, JR.,** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 86] is adopted and defendants' partial motion for summary judgment [Doc. No. 81] is granted. Defendants Payne, Straughn, and Davis are dismissed without prejudice; Adam Lane's retaliation claim against Defendant King is dismissed without prejudice; and Defendants Graham, Lane, Taylor, Richardson, and Jackson shall only defend on an allegation of corrective inaction. An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 29th day of January, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian S. Miller
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE