**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**ADAM LANE** **PLAINTIFF**
ADC #155843

**v.** **CASE NO. 2:24-CV-00097-BSM-JJV**

**JOSEPHUS J. KING, JR., *et al.*** **DEFENDANTS**

**ORDER**

United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 116] is adopted and defendants' motion for summary judgment [Doc. No. 98] is denied as to plaintiff's sexual harassment claim and granted as to all other claims. All defendants except Josephus King are dismissed. An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3). The clerk is directed to update the case style.

IT IS SO ORDERED this 3rd day of August, 2026.

UNITED STATES DISTRICT JUDGE